# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | Case No. 1-17-cr-273 |
| Tawna Ironshield, | ) | |
| Defendant. | ) | |

The court conducted an initial appearance on the government's petition for revocation of the Defendant's pretrial release on June 14, 2018. At that hearing, counsel for the Defendant indicated a clear conflict of interest had arisen precluding her from continuing to represent the Defendant. Accordingly, the court granted counsel's request to withdraw from representing the Defendant. Attorney Amanda Harris is withdrawn as counsel of record in this case. The court will find new counsel for the Defendant.

**IT IS SO ORDERED.**

Dated this 15th day of June, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court